Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 11  AM 8: 52

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

LORETTA G. WHYTE
CLERK

**Name of Offender :**  REGINALD HARPER          **Case Number :**  053L 2:00CR00170-009N

**Name of Sentencing Judicial Officer :**  Honorable Kurt D. Engelhardt

**Offense :**  21 U.S.C. 841(a)(1) and 846 - Conspiracy to possess with intent to distribute heroin

**Date of Sentence :**  October 30, 2002

**Sentence :**  18 months in the custody of the Bureau of Prisons, followed by an 18 month term of supervised release

**Special Conditions :**

| | |
|---|---|
| 1. | Orientation and life skills |
| 2. | Drug testing/treatment |
| 3. | Obtain GED |
| 4. | Three months of home detention (added March 23, 2004) |

**Type of Supervision :**    Supervised Release       **Date Supervision Commenced :**  October 10, 2003

**Assistant U.S. Attorney :**    Tanya Tetlow       **Defense Attorney :**  Gary Schwabe

## PETITIONING THE COURT

[ X ]  **To issue a warrant**                                    [  ]  **To issue a summons**

For the arrest of Reginald Harper for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition (s) of supervision:

| Violation Number | Nature of Non -Compliance |
|---|---|
| Mandatory Condition: | On January 25 and January 13, 2005, and January 21 and January 13, 2004, Harper submitted urinalyses to personnel at the Methodist Counseling Center, which tested positive for cocaine. Harper admits to cocaine usage. |
| Special Condition No. 2: | On December 27, 2004, and December 17, 2003, Harper failed to report to the Methodist Counseling Center for random urinalyses. On October 7, 2004, Harper failed to report to Family Services of Greater New Orleans for a scheduled group meeting. |
| Special Condition No. 3: | Harper has not completed the course requirements to obtain his General Equivalency Diploma (GED).  Harper reports that he is participating in a GED program, but has yet to submit documentation confirming same. |
| Mandatory Condition: | On November 19, 2003, Harper was arrested by members of the New Orleans Police Department and charged with criminal trespassing. On April 13, 2004, this charge was nolle prossed by the New Orleans City Attorney. |

DATE OF ENTRY

FEB 11 2005

___ Fee
___ Process _____
X  Dktd_____
___ CtRmDep_____
___ Doc. No ____ 446

**CUSTODIAL STATUS :**

Harper is not in custody at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  February 9, 2005


_Michael E Fulham_

Michael E. Fulham
U.S. Probation Officer


REVIEWED BY:


_Matthew G Arseneaux_

Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other


Signature of Judicial Officer

_February 10, 2005_
Date

Address of Offender:    6881 Parc Brittnay, Apt. D-207
                             New Orleans, LA 70126


**THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:**
        Original    -  Clerk's Office
        1 Copy Certified   -  U.S. Attorney
        1 Copy Certified   -  U.S. Marshal's Office
        2 Copies Certified -  U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



**UNITED STATES DISTRICT COURT**

JILL N. BENOIT
CHIEF PROBATION OFFICER

EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

February 9, 2005

Honorable Kurt D. Engelhardt
United States District Judge
500 Poydras Street, Room C-317
New Orleans, Louisiana 70130

                    RE:    **HARPER, Reginald**
                           **No. 053L 2:00CR00170-009N**
                           **REQUEST FOR WARRANT**

Dear Judge Engelhardt:

On October 25, 2000, Harper was sentenced by the Honorable Edith Brown
Clement following his plea of guilty to conspiracy to possess with the intent
to distribute heroin. Judge Clement sentenced Harper to serve 12 months in
the custody of the Bureau of Prisons, to be followed by a three year term of
supervised release. His original term of supervised release commenced on
June 15, 2001. However, on October 30, 2002, Harper appeared before Your
Honor to answer a Rule to Revoke Supervised Release. Harper's term of
supervised release was revoked due to enumerated violations and he was
sentenced to serve 18 months in the custody of the Bureau of Prisons, to be
followed by an 18 month term of supervised release. As special conditions
of supervised release, Harper was ordered to participate in the orientation
and life skills program, participate in a drug treatment/testing program,
obtain a GED, and three months of home detention (added March 23, 2004).

Harper's second term of supervised release commenced on October 10, 2003.
Harper has violated his supervised release by submitting four positive
urinalyses for illicit drugs, failing to obtain his GED, and failing to
report to the Methodist Counseling Center for random urinalyses and to Family
Services for a group meeting. Harper has been given every opportunity to
comply with his supervision conditions, and revocation appears appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's signature should
you concur in this matter. It is this writer's intention to recommend
detention when Harper appears before the United States Magistrate Judge for
the Initial Appearance Hearing.

If additional information is needed, please call this officer at 589-3239.

                    Respectfully,

                    Michael E. Fulham
                    U. S. Probation Officer

MEF/tah

Attachment

**REVIEWED BY:**    Matthew G. Arseneaux
                    **Supervising U.S. Probation Officer**

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

### V.                                          **WARRANT FOR ARREST**

REGINALD HARPER

CASE NUMBER: CR 00-170 "N"

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Reginald Harper** and bring  him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment      ( ) Information      ( ) Complaint      (X ) Order of      ( ) Probation      ( ) Supervised Release      ( ) Violation
Court           Violation           Violation Petition                     Notice
Petition

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

| | |
|---|---|
| **LORETTA G. WHYTE** | **CLERK** |
| Name of Issuing Officer | Title of Issuing Officer |
| | **February 11, 2005  New Orleans, Louisiana** |
| Signature of Issuing Officer | Date and Location |
| *(signature)* | |
| (By) Deputy Clerk | |

Bail fixed at $_____      by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |