# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

REGINALD HARPER

WARRANT FOR ARREST

CASE NUMBER: CR 00-170 "N"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Reginald Harper** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    (X) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s) _____

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

_____
Signature of Issuing Officer

(By) Deputy Clerk

**February 11, 2005   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 500 Poydras St. Rm C600 NOLA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/25/2005 | Brian W. Fair DUSM | [signature] |

Arrested at US Prob. E/LA.