

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-170** |
| v. | * | **SECTION: "N"** |
| **REGINALD HARPER** | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On October 30, 2002, defendant, Reginald Harper was sentenced for violating Title 21, United States Code, Sections 841(a)(1) and 846, by the Honorable Kurt D. Engelhardt.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference. In addition to violations set forth in Exhibit "A", the defendant has violated conditions of supervision by testing positive for cocaine on December 17 and 24, 2005 at Methodist Counseling Center.



**III.**

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

**WHEREFORE**, the Government prays that the defendant, Reginald Harper, be brought before this Court and a copy of this Rule be served upon his, and that he be ordered to show cause, on the _____ day of _____, 2005, at _____ .m., before United States District Court Judge Kurt D. Engelhardt, at the United States District Court, 500 Poydas Street, C-351, New Orleans, Louisiana, why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
TANIA C. TETLOW
Assistant United States Attorney
Louisiana Bar Roll No. 23955
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3162

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 11  AM 8: 52

LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender :  REGINALD HARPER         Case Number :  053L 2:00CR00170-009N

Name of Sentencing Judicial Officer  :   Honorable Kurt D. Engelhardt
Offense :  21 U.S.C. 841(a)(1) and 846 - Conspiracy to possess with intent to distribute heroin

Date of Sentence :   October 30, 2002

Sentence :  18 months in the custody of the Bureau of Prisons, followed by an 18 month term of supervised release

Special Conditions :

1. Orientation and life skills
2. Drug testing/treatment
3. Obtain GED
4. Three months of home detention (added March 23, 2004)

Type of Supervision :    Supervised Release        Date Supervision Commenced  :  October 10, 2003
Assistant U.S. Attorney :    Tanya Tetlow            Defense Attorney :  Gary Schwabe

---

## PETITIONING THE COURT

[ X ]  To issue a warrant                              [  ]  To issue a summons

For the arrest of Reginald Harper for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition: | On January 25 and January 13, 2005, and January 21 and January 13, 2004, Harper submitted urinalyses to personnel at the Methodist Counseling Center, which tested positive for cocaine. Harper admits to cocaine usage. |
| Special Condition No. 2: | On December 27, 2004, and December 17, 2003, Harper failed to report to the Methodist Counseling Center for random urinalyses. On October 7, 2004, Harper failed to report to Family Services of Greater New Orleans for a scheduled group meeting. |
| Special Condition No. 3: | Harper has not completed the course requirements to obtain his General Equivalency Diploma (GED). Harper reports that he is participating in a GED program, but has yet to submit documentation confirming same. |
| Mandatory Condition: | On November 19, 2003, Harper was arrested by members of the New Orleans Police Department and charged with criminal trespassing. On April 13, 2004, this charge was nolle prossed by the New Orleans City Attorney. |

GOVERNMENT EXHIBIT A

CUSTODIAL STATUS :

Harper is not in custody at this time.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 9, 2005

_Michael E. Fulham_
Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:

_Matthew G. Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date: February 10, 2005

**CLERK'S OFFICE**
**A TRUE COPY**
FEB 11 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Address of Offender:   6881 Parc Brittnay, Apt. D-207
New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original          - Clerk's Office
  1 Copy Certified  - U.S. Attorney
  1 Copy Certified  - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

