UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| v. | * | SECTION: "N" |
| REGINALD HARPER | * | |

* * *

**ORDER**

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant Reginald Harper show cause before the Court at 9:30 A.m., on the 30th day of March, 2005, why supervised release granted to him on October 10, 2003 should not be revoked.

New Orleans, Louisiana, this 8th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____