FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 28  PM 3: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| v. | * | SECTION: "N" |
| REGINALD HARPER | * | |

\* \* \*

### AMENDED RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

Mr. Harper is scheduled to appear before this Honorable Court on Wednesday, March 30, 2005 at 9:30 a.m. to answer a Rule to Show Cause Why Supervised Release Should Not be Revoked.

The allegations set out in the Rule to Revoke Supervised Release previously filed are incorporated by reference as if fully repeated herein.

The United States Probation Office has informed the undersigned Assistant United States Attorney of additional violations committed by the defendant and the government respectfully moves this Court to add the following to his Rule to Revoke Supervised Release:

___ Fee___
___ Process___
**X** ___ Dktd___
___ CtRmDep___
___ Doc. No ___

On February 17, and February 24, 2005, Harper submitted a urinalysis to personnel of the Methodist Counseling Center which tested positive for cocaine. Harper denied using cocaine.

**WHEREFORE**, the government prays that the Rule to Revoke Supervised Release previously filed be amended accordingly.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

TANIA C. TETLOW
Assistant United States Attorney
Louisiana Bar Roll No. 23955
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3162

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ____ day of _____ 20__.

_____
Assistant United States Attorney

2