UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 00–170 |
| v. | * | SECTION: "N" |
| **REGINALD HARPER** | * | |

\* \* \*

## ORDER

**IT IS HEREBY ORDERED** that the Rule to Revoke Supervised Release previously filed regarding defendant, REGINALD HARPER, be and is hereby amended, by including the representations contained in the attached.

New Orleans, Louisiana, this 29th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____