MINUTE ENTRY
ENGELHARDT, J.
MARCH 30, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-170 |
| REGINALD HARPER | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 30, 2005 AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER:  David Zarek

APPEARANCES: Gregory Kennedy, AUSA
             Gary Schwabe, FPD

**RULE TO REVOKE SUPERVISED RELEASE:**

Defendant present.
Court finds defendant has violated his second term of supervised release.
See Judgment Revoking Supervised Release in the record.
Defendant remanded.

JS-10: 0:20

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.